UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DAVARIOL MARQUAVIS TAYLOR,

    Plaintiff,

v.

UNKNOWN BURTON, et al.,

    Defendants.
_____/

Case No. 1:22-cv-508

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of immunity and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 9, 2022          /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge